UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sean Harris, ) | |
| ) | Case No. 1:13-cv-08964 |
| Plaintiff, ) | |
| v. ) | |
| Nationstar Mortgage ) | |
| Defendant, ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A), that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and request that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: February 5, 2014

Respectfully submitted,

_____
John P. Carlin
Attorney for Plaintiff
Chang and Carlin, LLP
1305 Remington Road Suite C
Schaumburg, IL 60173

_____
Charles J. Ochab
Attorney for Defendant
McGinnis Wutscher Beiramee LLP
The Loop Center Building
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I hereby certify that, on February 5, 2014, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Charles J. Ochab
McGinnis Wutscher Beiramee LLP
The Loop Center Building
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602

/s/ John P. Carlin